No. 91–5542. LEBBOS *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Motions for leave to file briefs as *amici curiae* filed by the following are granted: Roger Bartels, Barry Dale Ammon, Ronald Z. Berki, Raymond Dunn, Harold Rauch, John B. Gunn, Reginald Shinn, and John Rakus. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.

OCTOBER 30, 1991

No. A–267. AMERICAN NEWSPAPER PUBLISHERS ASSN. ET AL. *v.* UNITED STATES ET AL. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

NOVEMBER 4, 1991

No. 91–337. SHEHEEN, SPEAKER OF THE HOUSE OF REPRESENTATIVES OF SOUTH CAROLINA *v.* TISDALE ET AL. Appeal from D. C. S. C. Judgment vacated and case remanded with instructions to dismiss the appeal as moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).